# IN THE SUPREME COURT OF THE STATE OF NEVADA

CARL DEAN EDWARDS,
Petitioner,

vs.

THE STATE OF NEVADA; AND THE
EIGHTH JUDICIAL DISTRICT COURT
OF THE STATE OF NEVADA, IN AND
FOR THE COUNTY OF CLARK,
Respondents.

No. 70834

FILED

OCT 13 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus. Petitioner requests that this court direct the lower courts to protect his right to access the courts and provide him other forms of relief. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330; NRS 34.020. A challenge to the validity of the judgment of conviction must be raised in a post-conviction petition for a writ of habeas corpus filed in the district court in the first instance.[1] NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, J.
Cherry

_____, J.          _____, J.
Douglas                                                    Gibbons

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

cc:   Carl Dean Edwards
      Attorney General/Carson City
      Eighth District Court Clerk